O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**#16**
**March 28 hrg vacated**

## CIVIL MINUTES - GENERAL

| Case No. | CV 10-6797 PSG (PJWx) | Date | March 23, 2011 |
|---|---|---|---|
| Title | Laura L. Moire, M.D. v. McKinley County Sheriff, *et al*. | | |

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):      Attorneys Present for Defendant(s):

Not Present      Not Present

**Proceedings:** (In Chambers) Order GRANTING Defendant City of Gallup's Motion to Dismiss

    Before the Court is Defendant City of Gallup's motion to dismiss Plaintiff Laura L. Moire's ("Plaintiff") complaint on grounds of improper venue. The Court finds the matter appropriate for decision without oral argument. *See* Fed. R. Civ. P. 78; L.R. 7-15. Having considered the papers submitted in support of Defendant's motion, the Court GRANTS the motion.

    On September 13, 2010, Plaintiff sued Defendant City of Gallup, along with Defendants McKinley County Sheriff and Deputy Tom Mumford, for violations of 42 U.S.C. § 1983. Plaintiff's § 1983 claim is based on allegations of events that occurred in McKinley County, New Mexico, in the City of Gallup. *Compl.* ¶¶ 7-13. On February 18, 2011, Defendant City of Gallup moved to dismiss Plaintiff's Complaint for improper venue pursuant to Federal Rule of Civil Procedure 12(b)(3). Plaintiff was required to file an opposition to the motion by March 7, 2011. *See* L.R. 7-12. Plaintiff did not file an opposition by that date. Thus, pursuant to Local Rule 7-12, the Court deems Plaintiff's failure to file a timely opposition to be consent to the granting of Defendant's motion. *See id*.

    Accordingly, the Court GRANTS Defendant's motion to dismiss for improper venue and dismisses the case without prejudice.

    **IT IS SO ORDERED.**